*Lawrence J. Tytla*, senior assistant state's attorney, in opposition.

Decided July 5, 2001

## MAXIME HILL *v.* COMMISSIONER OF CORRECTION

The petitioner Maxime Hill's petition for certification for appeal from the Appellate Court, 62 Conn. App. 907 (AC 19728), is denied.

*Alan F. Dillon*, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided July 5, 2001

## AMERICAN HERITAGE AGENCY, INC., ET AL. *v.* RITA GELINAS ET AL.

*Mark S. Rosenblit*, in support of the petition.

*John M. Wolfson* and *Andrea A. Hewitt*, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 907 (AC 20976), is denied.